UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA GRADY | * | CIVIL ACTION NO.: 2:22-cv-176 |
| | * | |
| Plaintiff, | * | SECTION: "   " |
| | * | |
| | * | JUDGE: |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE: |
| AIRBOAT ADVENTURES, L.L.C. | * | |
| | * | |
| Defendant. | * | |
| | * | |

**COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes, Donna Grady ("Plaintiff"), a person of the full age of majority and resident of Worcester County, State of Massachusetts who respectfully avers as follows:

1.

Airboat Adventures, L.L.C. ("Defendant") is a Louisiana corporation domiciled in the Parish of Orleans, State of Louisiana.

2.

This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 as all parties are diverse and the amount in controversy exceeds $75,000, exclusive of interests and costs. This claim is also maintained under the general maritime law of the United States.

3.

Venue is proper in accordance with 28 U.S.C. § 1391(b)(2) as a substantial part of the events or omissions giving rise to the claim occurred in this district.

4.

On or about November 5, 2021, Plaintiff was a passenger on a vessel owned, operated and/or managed by Defendant for a bayou tour with her son.

5.

The vessel deployed from Defendant's dock in Lafitte, Louisiana and traveled through navigable waters to a privately owned swamp. At or around 12:50 p.m., the vessel turned a corner at a high speed and violently collided with another vessel owned, operated and/or managed by Defendant. Plaintiff and the other passengers were thrown from their seats. Following the collision, Plaintiff required emergency medical treatment for her injuries.

6.

As a result of the foregoing incident and collision, Plaintiff sustained serious injuries to her mind and body, including past and future mental and physical pain and suffering, lost wages, loss of future earning capacity, past and future medical expenses, and other damages to be shown at the trial of this matter. Defendant is further liable unto Plaintiff for legal interest from the date of occurrence, reasonable attorney's fee, and all costs of these proceedings.

7.

The aforesaid incident and collision and the injuries and damages to Plaintiff were legally and proximately caused by the fault, including negligence, of Defendant and its officers, agents, employees, and those for whom it is legally responsible, as well as by the unseaworthiness of the aforesaid vessel. Defendant is negligent and negligent *per se* for the following reasons:

1. Failure to properly supervise its crew;
2. Failure to properly train its employees;
3. Failure to provide adequate medical treatment;

4. Operating the vessel with an inadequate crew;

5. Failure to maintain the vessel;

6. Negligently operating the vessel;

7. Vicariously liable for their employees' negligence;

8. Other acts and omissions deemed negligent as will be shown at the time of trial.

8.

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff demands trial by jury in this action of all issues so triable.

**WHEREFORE**, the premises considered, Plaintiff, Donna Grady, prays for service and citation upon the Defendant, Airboat Adventures in accordance with law, and after all necessary delays, that there be judgment herein in favor of Plaintiff and against Defendant for all relief prayed, including all costs, and for all of such further relief to which Plaintiff may be entitled.

Respectfully Submitted,
**KOCH & SCHMIDT, LLC**

*/s/ R. Joshua Koch, Jr.*
R. JOSHUA KOCH, JR., L.A. Bar Roll No. 7767
650 Poydras Street, Suite 2660
New Orleans, Louisiana  70130
Telephone: (504) 208-9041
Facsimile: (504) 208-9040
Email: jkoch@kochschmidt.com
**COUNSEL FOR PLAINTIFF**

**PLEASE SERVE:**
Airboat Adventures, L.L.C.
via its registered agent for service of process
Kline Perrin, Jr.
771 S. Prieur Street, Suite 2
New Orleans, LA 70113